UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI PARR,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 15-cv-01868-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on August 11, 2015. Consistent with the Court's order at the case management conference, the following deadlines are set:

| Event | Deadline |
|---|---|
| Last Day to Amend Complaint | Sept. 1, 2015 |
| Mediation Deadline | Oct. 7, 2015 |
| Fact Discovery Close | Jan. 29, 2016 |
| Designate Opening Experts | Feb. 12, 2016 |
| Designate Rebuttal Experts | Feb. 26, 2016 |
| Expert Discovery Close | Mar. 18, 2016 |
| Rule 52 Opening Brief Deadline | Mar. 31, 2016 |
| Rule 52 Opposition Brief Deadline | Apr. 14, 2016 |
| Rule 52 Hearing | May 5, 2016 |
| Rule 56 Motion Deadline | May 19, 2016 |
| Rule 56 Opposition Deadline | Jun. 2, 2016 |
| Rule 56 Reply Deadline | Jun. 9, 2016 |
| Rule 56 Hearing Date | Jun. 23, 2016 |
| Pretrial Conference | Aug. 16, 2016 |
| Trial Date | Aug. 29, 2016 |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 10/8/2015

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge