1  Phillip Shinn (State Bar No. 112051)
   E-mail: PShinn@LRRLaw.com
2  LEWIS ROCA ROTHGERBER LLP
   4300 Bohannon Drive, Suite 230
3  Menlo Park, California  94025-1042
   Tel:  650.391.1380
4  Fax: 650.391.1395

5  Ann-Martha Andrews *(admitted pro hac vice)*
   E-mail: AAndrews@LRRLaw.com
6  Lewis Roca Rothgerber LLP
   201 E. Washington Street, Suite 1200
7  Phoenix, Arizona  85004
   Tel: 602-262-5707
8  Fax: 602-734-3764

9  *Attorneys for Defendant*
   *First Reliance Standard Life Insurance Company*
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI PARR,<br><br>            Plaintiff,<br><br>      v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1-20,<br><br>            Defendant. | Case No.  C 15-01868-HSG<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS FOR EQUITABLE RELIEF (COUNT II), VIOLATION OF RIGHT TO PRIVACY (COUNT IV) AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (COUNT V)** |

       The parties stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the following claims asserted by Plaintiff Cheri Parr against Defendant First Reliance Standard Life Insurance Company are hereby dismissed without prejudice:  Count II: Equitable Relief Under 29 U.S.C. § 1132(a)(3); Count IV: Violation of the Right to Privacy; and Count V: Intentional Infliction of Emotional Distress.  The parties agree that dismissal of these claims renders the June 23, 2016 motion for summary judgment hearing, the August 29, 2016 trial date, and all associated deadlines from May 19, 2016 forward unnecessary, so that the Court may vacate these dates from its Law & Motion

7170005_1

STIPULATION OF DISMISSAL RE COUNTS II, IV, AND V

1  and Trial calendars.  *See* Dkt. No. 30.  The parties agree the remaining ERISA claims will be

2  resolved by the previously scheduled Rule 52 cross-motions.

Dated:      December 31, 2015          LEWIS ROCA ROTHGERBER LLP

By: */s/ Ann-Martha Andrews*
   Phillip Shinn
   Ann-Martha Andrews *(admitted pro hac vice)*
   *Attorneys for Defendant First Reliance
   Standard Life Insurance Company*

PILLSBURY & COLEMAN, LLP

By: */s/ Michael J. Quirk*
   Terrence J. Coleman
   Michael J. Quirk
   *Attorneys for Plaintiff*



APPROVED

Haywood S. Gill Jr.

Judge Haywood S. William Jr.

7170005_1                                    2

STIPULATION OF DISMISSAL RE COUNTS II, IV, AND V