UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI PARR,<br><br>  Plaintiff,<br><br>  v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No.  15-cv-01868-HSG<br><br>**ORDER GRANTING STIPULATED MOTION TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>Re: Dkt. No. 37 |

On March 28, 2016, the parties filed a stipulated motion to file the administrative record under seal. Dkt. No. 37. Because the administrative record includes sensitive personal information, it would be prohibitively expensive for the parties to redact the 3,929-page record, and the parties have stipulated to the motion to seal, the Court finds that the general right of public access to judicial records is outweighed and that there is good cause to grant the motion in this case. Accordingly, the administrative motion to file the administrative record under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: 4/18/2016

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge