UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI PARR,<br><br>  Plaintiff,<br><br> v.<br><br>FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 15-cv-01868-HSG<br><br>**ORDER DIRECTING DEFENDANT TO FILE TABLE OF CONTENTS FOR ADMINISTRATIVE RECORD, AND TO REFILE A LEGIBLE VERSION OF REPORT (AR 3586-642)** |

Defendant has filed the administrative record under seal. Dkt. Nos. 50-60. It contains 3,929 pages of documents, but no table of contents. *See* Dkt. Nos. 50-59. The hereby **ORDERS** Defendant to file a table of contents for all documents[1] contained in the administrative record by March 28, 2017. For each document, the table should include, at a minimum, the following elements: (1) a concise and reasonably specific description, (2) the date, and (3) a pin citation to the administrative record (i.e., "AR __").

In addition, the Court has found at least one document in the administrative record that is largely illegible. If Defendant has a more legible version of the social media monitoring report dated September 8, 2014 and filed at AR 3586-642, the Court **DIRECTS** Defendant to file it by March 28, 2017, marked with same "AR" page numbers as the original filing.

**IT IS SO ORDERED.**

Dated: 3/24/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] The video filed under seal at Docket No. 60 need not be included in the table of contents.