Aaron D. Johnson (State Bar No. 261747)
E-mail: Adjohnson@lrrc.com
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025-1042
Tel: 650.391.1380
Fax: 650.391.1395

Ann-Martha Andrews *(admitted pro hac vice)*
E-mail: AAndrews@lrrc.com
Lewis Roca Rothgerber Christie LLP
201 E. Washington Street, Suite 1200
Phoenix, Arizona 85004

Attorneys for Defendant
FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI PARR, | Case No. 4:15-cv-01868-HSG |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FIRST RELIANCE STANDARD LIFE INSURANCE COMPANY, and DOES 1-20, | Dept.: Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

This matter having come before the Court for decision,

IT IS HEREBY ORDERED that judgment is entered in favor of plaintiff Cheri Parr and against defendant First Reliance Standard Insurance Company on the First Cause of Action (Recovery of Employee Benefits under 29 U.S.C. § 1132(a)(1)(B)) in the total amount of $519,917.24. This is comprised of benefits in the amount of $500,120.79 through June 6, 2017 and pre-judgment interest in the amount of $19,796.45, at the rate of 2.5 percent. The plaintiff's claim for benefits is remanded to the defendant for adjudication of ongoing benefits in accordance with the terms and conditions of the long-term disability plan.

101266778_1

**JUDGMENT**

IT IS FURTHER ORDERED that judgment is entered in favor of defendant First Reliance Standard Insurance Company and against plaintiff Cheri Parr on the Third Cause of Action (Failure to Produce Documents under 29 U.S.C. § 1024(b)(4)).

DATED: May 12, 2017

*signature*
HAYWOOD S. GILLIAM, JR.
United States District Judge

Lewis Roca ROTHGERBER CHRISTIE
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025-1042